UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>ALFRED GONZALEZ,<br><br>        Defendants. | Case No. 99cr1117 AJB<br><br>ORDER AND JUDGMENT DISMISSING INDICTMENT AND RECALLING ARREST WARRANT |

Upon application of the United States Attorney, and good cause appearing;

IT IS HEREBY ORDERED that the indictment in the above captioned case against defendant ALFRED GONZALEZ, is dismissed without prejudice; and,

IT IS FURTHER ORDERED that the outstanding arrest warrant for ALFRED GONZALEZ, be recalled and judgment entered.

IT IS SO ORDERED.

DATED: April 3, 2013

_____
Hon. Anthony J. Battaglia
U.S. District Judge